<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Lucas Construction Group, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-3366030** |

**4.**   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **270 Tennent Road**<br>**Morganville, NJ 07751**<br>Number, Street, City, State & ZIP Code | **27 Hance Avenue**<br>**Tinton Falls, NJ 07724**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Monmouth**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.**   **Debtor's website** (URL)   _____

**6.**   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Lucas Construction Group, Inc.**                          Case number (*if known*) _____
_____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____2382_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Lucas Construction Group, Inc.**                          Case number (*if known*) _____
         Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship _____ |
| | District | _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Lucas Construction Group, Inc.**                                    Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2025**
               MM / DD / YYYY

**X** **/s/ Anthony Lucas** _____            **Anthony Lucas** _____
Signature of authorized representative of debtor                Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** **/s/ Andrew J. Kelly** _____    Date    **March  7, 2025**
Signature of attorney for debtor                                 MM / DD / YYYY

**Andrew J. Kelly**
Printed name

**The Kelly Firm, P.C.**
Firm name

**1011 Highway 71**
**Suite 200**
**Spring Lake, NJ 07762**
Number, Street, City, State & ZIP Code

Contact phone    **732-449-0525**        Email address    **akelly@kbtlaw.com**

**032191991 NJ**
Bar number and State

Debtor    **Lucas Construction Group, Inc.**                                    Case number (*if known*) _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **\*\*NOTE: 100% Owner of Lima is a 50% owner of Debtor Lucas Const.** | | Relationship to you | |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | **Lima Charlie Construction, Inc.** | | Relationship to you | **SEE NOTE\*\*** |
| District | **District of NJ, Trenton Vicinage** | When **10/25/24** | Case number, if known | **24-20568-CMG** |

---

**Fill in this information to identify the case:**

Debtor name  **Lucas Construction Group, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 7, 2025**            X */s/ Anthony Lucas*
                                          Signature of individual signing on behalf of debtor

                                          **Anthony Lucas**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lucas Construction Group, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Federal Tax Lien, Tax years 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023 & 2024** | | $5,456,527.67 | $0.00 | $5,456,527.67 |
| BCB Community Bank 591-595 Avenue C Bayonne, NJ 07002 | | **UCC# 52759954** | | $1,918,069.41 | $0.00 | $1,918,069.41 |
| Laborers Local Union# 472 & 172 c/o Zazzali, Fagella, Nowak, Klienbaum 570 Broad Street Suite 1402 Newark, NJ 07102 | | **Judgment No. CV-007525-2024** | | | | $623,194.95 |
| Local 825 Engineers 65 Springfield Avenue 3rd Floor Springfield, NJ 07081 | | | | | | $485,436.91 |
| Trustees of the International Union of Operating Engineers Local 825 Benefit c/o Vipin P. Varshese 61 S. Paramus Road, Suite 250 Paramus, NJ 07652 | | **Judgment No. CV-005631-2024** | | | | $480,869.13 |

| Debtor | **Lucas Construction Group, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Greenway Industries of NJ, LLC 89 Yellowbrook Road Farmingdale, NJ 07727** | | | | | | **$417,357.22** |
| **H & G L Fund Union 472 700 Raymond Boulevard Newark, NJ 07105** | | | | | | **$417,357.22** |
| **Laborers Local Union# 472 & 172 c/o Zazzali, Fagella, Nowak, Klienbaum 570 Broad Street Suite 1402 Newark, NJ 07102** | | **Judgment No. CV-006751-2019** | | | | **$396,449.00** |
| **KMETZ, Inc. 449 Marlboro Road Old Bridge, NJ 08857** | | **Lawsuit, MON-L-746.23** | | | | **$337,418.22** |
| **Laborers Local Union# 472 & 172 c/o Zazzali, Fagella, Nowak, Klienbaum 570 Broad Street Suite 1402 Newark, NJ 07102** | | **Judgment No. CV-000752-2020** | | | | **$309,936.05** |
| **Northeast Carpenter's Fund Union 255 91 Fieldcrest Avenue, # 3rd Edison, NJ 08837** | | | | | | **$305,513.28** |
| **North Star Knights Trucking 10 Hance Road Tinton Falls, NJ 07724** | | | | | | **$304,824.50** |
| **M&T Equipment 300 Frank W. Burr Boulevard Teaneck, NJ 07666** | | **Lawsuit, MON-L-3432-23** | | | | **$270,553.60** |
| **Laborers Local Union# 472 & 172 c/o Zazzali, Fagella, Nowak, Klienbaum 570 Broad Street Suite 1402 Newark, NJ 07102** | | **Judgment No. CV-004949-2020** | | | | **$238,715.81** |

Debtor    **Lucas Construction Group, Inc.**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lomma Crane & Rigging**<br>**483rd Street**<br>**Kearny, NJ 07032** | | | | | | **$225,059.40** |
| **Central Jersey Hot Mix Asphalt, LLC**<br>**577 Hope Chapel Road**<br>**Jackson, NJ 08527** | | **Judgment No. J-154803-2023** | | | | **$178,849.77** |
| **Stavola Asphalt Company, Inc.**<br>**175 Drift Road**<br>**Eatontown, NJ 07724** | | **Judgment No. J-107689-2024** | | | | **$163,940.84** |
| **Laborers Local Union# 472 & 172**<br>**c/o Zazzali, Fagella, Nowak, Klienbaum**<br>**570 Broad Street**<br>**Suite 1402**<br>**Newark, NJ 07102** | | **Judgment No. CV-000131-2023** | | | | **$153,680.16** |
| **Laborers Local Union# 472 & 172**<br>**c/o Zazzali, Fagella, Nowak, Klienbaum**<br>**570 Broad Street**<br>**Suite 1402**<br>**Newark, NJ 07102** | | **Judgment No. CV-002825-2023** | | | | **$153,680.14** |
| **Laborers Local Union# 472 & 172**<br>**c/o Zazzali, Fagella, Nowak, Klienbaum**<br>**570 Broad Street**<br>**Suite 1402**<br>**Newark, NJ 07102** | | **Judgment No. CV-002252-2023** | | | | **$153,680.14** |

**Fill in this information to identify the case:**

Debtor name     **Lucas Construction Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $ _____**5,181,262.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $ _____**5,181,262.00**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____**7,374,597.08**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____**51,612.41**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____**9,523,839.95**

4.    **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b    $ _____**16,950,049.44**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lucas Construction Group, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BCB Bank** | **Operating** | 3057 | $0.01 |
| 3.2. | **BCB Bank** | **Payroll** | 4568 | $167.23 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $167.24 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Trust Funds for Retainer, Rabinowitz, Lubetkin and Tully** | $65,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Lucas Construction Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | **$65,000.00** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **7,921.47**    -    **0.00**    = ....    **$7,921.47**
face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **892,973.29**    -    **0.00**    =....    **$892,973.29**
face amount      doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | | **$900,894.76** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** <br> **Parts** | | **$25,000.00** | | **$25,000.00** |

| 23. | **Total of Part 5.** | | **$25,000.00** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Debtor    **Lucas Construction Group, Inc.**                                    Case number *(If known)* _____
         Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **See Equipment List attached hereto as "EXHIBIT A".** | $0.00 | | $4,190,200.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                    | $4,190,200.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

Debtor    **Lucas Construction Group, Inc.**_____     Case number *(If known)* _____
       Name

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Lucas Construction Group, Inc.** | Case number *(If known)* _____ |
|--------|--------------------------------|---------------------------------------------|
|        | Name                           |                                             |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $167.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $65,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $900,894.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,190,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,181,262.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,181,262.00 |

# EXHIBIT "A"

# LUCAS CONSTRUCTION GROUP INC.

# SCHEDULE A/B

# #47 – EQUIPMENT LIST

## Lucas Construction Group

| | EQUIPMENT INFORMATION | | | | | DEBT/POTENTIAL VALUE | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
| 17 | 1FTEX1EP3GFA83928 | 2016 | FORD | F-150 | PickUp | | | 26,000 | 20,800 |
| 18 | 3D6WD76A58G239584 | 2008 | DODGE | 5500 | Service Truck | | | 37,500 | 30,000 |
| 19 | 1FTYE1YM1GKA06468 | 2016 | FORD | TRANSIT 150 | Van | | | 22,000 | 17,600 |
| 20 | 1FT7W2B63JEB62560 | 2018 | FORD | F-250 XLT | PickUp | | | 40,000 | 32,000 |
| 24 | 1FD8X3F61GEB80254 | 2016 | FORD | F-350 UTILITY | PickUp Utility | | | 30,000 | 24,000 |
| 27 | 1FTMF1EM4EKF13930 | 2014 | FORD | F-150 | PickUp | | | 14,000 | 11,200 |
| 28 | 1FTEW1EG5JFA86243 | 2018 | FORD | F-150 | PickUp | | | 24,000 | 19,200 |
| 29 | 1GCWGBFF9G1122549 | 2016 | CHEVROLET | EXPRESS 2500 | Van | | | 20,000 | 16,000 |
| 30 | 1FTEX1EM1DKF82736 | 2013 | FORD | F-150 | PickUp | | | 14,000 | 11,200 |
| 31 | 1C5RR7FT9ES419362 | 2014 | RAM | 1500 | PickUp | | | 15,000 | 12,000 |
| 32 | 1N6AFOLYXFN805937 | 2015 | NISSAN | NV25000 | Van | | | 24,000 | 19,200 |
| 34 | 1GCWGGBA7C1160296 | 2012 | CHEVROLET | EXPRESS 2500 | Van | | | 8,500 | 6,800 |
| 36 | 1FTYR2ZM7HKA09644 | 2017 | FORD | TRANSIT 250 | Van | | | 26,000 | 20,800 |
| 43 | 1GT12UEG7GF187465 | 2016 | GMC | SIERRA 2500HD DENALI | PickUp | | | 42,500 | 34,000 |
| 46 | 1C4BJWFG1GL267010 | 2016 | JEEP | WRANGLER RUBICON | SUV | | | 30,000 | 24,000 |
| 50 | 1FTEX1E85FFC25364 | 2015 | FORD | F-150 | PickUp | | | 20,000 | 16,000 |
| 59 | 1FTSS34L06DA82869 | 2006 | FORD | E350 | Van | | | 1,500 | 1,200 |
| 62 | 5TFBY5F12FX418042 | 2015 | TOYOTA | TUNDRA | PickUp | | | 23,000 | 18,400 |
| 89 | 1FT7X2BT0BEA54045 | 2011 | FORD | F-250 SUPER DUTY | PickUp | | | 15,000 | 12,000 |
| 95 | 5TFBY5F18BX178456 | 2011 | TOYOTA | TUNDRA | PickUp | | | 15,000 | 12,000 |
| 98 | 1FT8W3BTOCEB59778 | 2012 | FORD | F-350 UTILITY | PickUp Utility | | | 22,500 | 18,000 |
| 99 | 1M2N179Y0GA004117 | 1986 | MACK | R686ST | LOWBOY | | | 13,000 | 10,400 |
| 100 | 1M2N187YXHA019444 | 1987 | MACK | 600 | LOWBOY | | | 13,000 | 10,400 |
| 101 | 1M2AD62Y4YW010212 | 2000 | MACK | CL713 | LOWBOY | | | 22,500 | 18,000 |
| 102 | 2M2AY83Y6LC005385 | 1990 | MACK | RW733 | LOWBOY | | | 40,000 | 32,000 |
| 103 | 1HTSDTVN1LH657031 | 1990 | INTERNATIONAL | FORMS TRUCK | FORMS TRUCK | | | 10,000 | 8,000 |
| 104 | 1HTLDTVN1KH637445 | 1989 | INTERNATIONAL | 1954 | SINGLE AXLE | | | 8,000 | 6,400 |
| 110 | 1FV3HJAC9WH915044 | 1998 | FREIGHTLINER | FL80 | CLEANOUT TRUCK | | | 15,000 | 12,000 |

Privileged Confidential

## Lucas Construction Group

| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **EQUIPMENT INFORMATION** | | | **DEBT/POTENTIAL VALUE** | | |
| 111 | 1FDXN8OE5VVA41613 | 1997 | FORD | L8000 | TACK TRUCK | | | 20,000 | 16,000 |
| 112 | 1M1AA08X8XW016165 | 1999 | MACK | CH612 | SINGLE AXLE | | | 20,000 | 16,000 |
| 113 | 1M1AA08X1XW016170 | 1999 | MACK | CH612 | SINGLE AXLE | | | 20,000 | 16,000 |
| 127 | 1M2P268C1TM024701 | 1995 | MACK | RD686SX | ROLLOFF TRUCK | | | 22,500 | 18,000 |
| 129 | 1HTMGABL8SH627286 | 1995 | INTERNATIONAL | STEP VAN | Van | | | 3,000 | 2,400 |
| 133 | 1M2P267C7YM055217 | 2000 | MACK | RD688S | TRI-AXLE DUMP | | | 18,000 | 14,400 |
| 134 | 1M2P270CXYM047922 | 2000 | MACK | RD688S | TRI-AXLE DUMP | | | 18,000 | 14,400 |
| 138 | 1M2P143C0JW006528 | 1988 | MACK | RD688SX | TANDEM DUMP | | | 12,000 | 9,600 |
| 139 | RD685SX8867 | 1980 | MACK | RD688SX | TANDEM DUMP | | | 10,000 | 8,000 |
| 141 | 1HTSCABN1SH657516 | 1995 | INTERNATIONAL | FORMS TRUCK | FORMS TRUCK | | | 10,000 | 8,000 |
| 146 | VG6BA10X3VB800243 | 1997 | Mack | Midliner | TMA TRUCKS | | | 12,000 | 9,600 |
| 154 | 1GDP7H1C62J503333 | 2002 | GMC | C8500 Mini Rolloff | ROLLOFF TRUCK | | | 20,000 | 16,000 |
| 156 | 1M2AG10C66M040029 | 2006 | MACK | CV700 | TRI-AXLE DUMP | | | 42,500 | 34,000 |
| 157 | 1M2AG10C46M040028 | 2006 | MACK | CV700 | TRI-AXLE DUMP | | | 37,500 | 30,000 |
| 160 | 1M2AG11C27M044899 | 2007 | MACK | CV713 | TRI-AXLE DUMP | | | 42,500 | 34,000 |
| 161 | 1M2AG11C47M044838 | 2007 | MACK | CV713 | TRI-AXLE DUMP | | | 42,500 | 34,000 |
| 162 | 1M2AG11C55M028497 | 2005 | MACK | CV713 | TRI-AXLE DUMP | | | 42,500 | 34,000 |
| 163 | 2FZHRJBB6XAA53058 | 1999 | Sterling | L7501 | | | | 22,500 | 18,000 |
| 164 | 1FVACVDD96HW42883 | 2006 | Freightliner | M2 | **BOX TRUCK** | | | 2,000 | 1,600 |
| 165 | 1HTMMAAL23H602427 | 2003 | INTERNATIONAL | 4300 SBA 4x2 | **Landscape Truck** | | | 15,000 | 12,000 |
| 167 | RWS768LST54930 | 1980 | Mack | Superliner | | | | 75,000 | 60,000 |
| 168 | 1FVACXDC24HN29857 | 2004 | FREIGHTLINER | M2 Business Class | **FUEL TRUCK** | | | 45,000 | 36,000 |
| 169 | 1HSMKADN44H679633 | 2004 | International | 4400SBA Durastar | **TMA TRUCKS** | | | 16,000 | 12,800 |
| 170 | 1FVACXCS36HW24732 | 2006 | Schwarze Sweeper | Sweeper - MMUSCH24732 | **TMA TRUCKS** | | | 18,000 | 14,400 |
| 171 | AT0769B-EC | 1994 | Stewart & Stevenson | M1078 LMTV | **TMA TRUCKS** | | | 16,000 | 12,800 |
| 172 | ATO829B-FC | 1994 | Stewart & Stevenson | M1078 LMTV | **TMA TRUCKS** | | | 16,000 | 12,800 |
| 173 | 1FD8W3F60GED03464 | 2016 | FORD | F-350 UTILITY | **PickUp Utility** | | | 37,500 | 30,000 |
| 174 | 1FDXF80E2SVA04348 | 1995 | Ford | F800 Crusher Storage | **BOX TRUCK** | | | 5,000 | 4,000 |

## Lucas Construction Group

| | EQUIPMENT INFORMATION | | | | | DEBT/POTENTIAL VALUE | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
| 175 | 1FD8W3F61HEE59109 | 2017 | FORD | F-350 UTILITY | **PickUp Utility** | | | 40,000 | 32,000 |
| 176 | 1GBE5E1938F411391 | 2008 | CHEVROLET | C5500 | **Mason Dump** | | | 16,000 | 12,800 |
| 177 | 1GBE4E1204F518401 | 2004 | CHEVROLET | C4500 (crew cab) | **CONE TRUCK** | | | 20,000 | 16,000 |
| 178 | 1GDE4V1225F529571 | 2005 | GMC | C4V | **BOX TRUCK** | | | 12,000 | 9,600 |
| 179 | 1GDE4C1205F512496 | 2005 | GMC | C4500 | **Mason Dump** | | | 14,000 | 11,200 |
| 180 | 1GDE5E1153F502768 | 2003 | GMC | C5C | **BOX TRUCK** | | | 5,000 | 4,000 |
| 181 | 1FD8W3F60JEB74844 | 2018 | FORD | F-350 UTILITY | **PickUp Utility** | | | 45,000 | 36,000 |
| 182T | 112SE3520HL081522 | 2017 | EAGER BEAVER | 60GSL-PT Trailer Low Boy | **TRAILERS** | | | 60,000 | 48,000 |
| 183T | 112H8V344GL080731 | 2016 | EAGER BEAVER | 20XPT Trailer | **TRAILERS** | | | 11,000 | 8,800 |
| 187T | 112H5V309PL041235 | 1993 | EAGER BEAVER | 20H | **TRAILERS** | | | 4,000 | 3,200 |
| 188T | 112SE25167L072677 | 2007 | EAGER BEAVER | 50GSL-PT Low boy trailer | **TRAILERS** | | | 32,500 | 26,000 |
| 191T | 1S920TT10W1489086 | 1998 | SGR | Trailer | **TRAILERS** | | | 3,000 | 2,400 |
| 193T | 1YB231635H1B11238 | 1987 | CUSTOM | 2 Axle Forms Trailer | **TRAILERS** | | | 2,000 | 1,600 |
| 194T | 2M9KEB154AH102217 | 2011 | MARATHON | KEB115T Asphalt Kettle Heater | **ASPHALT KETTLE** | | | 1,500 | 1,200 |
| 195T | 1UK500G2831041774 | 2004 | HECHT | 1716TA2 | **TRAILERS** | | | 1,500 | 1,200 |
| 196CN | 238992 | 2011 | Blue Box Container | Sea Container Skidmounted on /Trailer 199) | **STORAGE CONTAINERS** | | | 1,500 | 1,200 |
| 197T | 1TKB04822WG023231 | 1998 | TRAIL KING | 1K /ULCS Step Deck 48 ft Doka Forms | **TRAILERS** | | | 12,000 | 9,600 |
| 198T | 1TTE48201L1034960 | 1990 | TRANSCRAFT | 50 Ton 48FT Trailer Counter Weight | **TRAILERS** | | | 12,000 | 9,600 |
| 199T | 1T9DP2525V1118169 | 1997 | TRAILER | Trailer Sea Container Mounted | **TRAILERS** | | | 3,000 | 2,400 |
| 224E | 324641UIL789 | 2001 | Ingersoll-Rand | LS6KW | **GENERATOR** | | | 1,250 | 1,000 |
| 228E | 0355940 | 2001 | GRADALL | 544D | **FORKLIFT** | | | 22,500 | 18,000 |
| 232E | A35045 | 2011 | KOMATSU | WA320-6 | **LOADER** | | | 47,500 | 38,000 |
| 235E | KMTPC226L02050099 | 2011 | KOMATSU | PC228 USLC-8 | **EXCAVATOR** | | | 45,000 | 36,000 |
| 236E | 338234UFN297 | 2003 | Ingersoll-Rand | P185WJDU (Skidmounted Truck 110) | **ATTACHMENT** | | | 3,500 | 2,800 |
| 240E | A10346 | 2011 | KOMATSU | PC450LC-8 | **EXCAVATOR** | | | 50,000 | 40,000 |
| 246E | 9740022 | 2013 | Vogele | 5200-2i | **ASPHALT PAVER** | | | 40,000 | 32,000 |
| 248E | AT82D00801 | 2002 | CATERPILLAR | GC25K | **FORKLIFT** | | | 5,000 | 4,000 |
| 263E | 30033 | 2007 | KOMATSU | PC308 USLC-3EO | **EXCAVATOR** | Komatsu Financial | | 45,000 | 36,000 |

## Lucas Construction Group

| | EQUIPMENT INFORMATION | | | | | DEBT/POTENTIAL VALUE | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
| 265E | SN#07740131 | 2011 | Vogele | 5200-2 | ASPHALT PAVER | | | 35,000 | 28,000 |
| 266E | AF82F01504 | | MITSUBISHI | FGC25N | FORKLIFT | | | 5,000 | 4,000 |
| 268E | 0332773/2 | 2003 | GODWIN | CD225MV-120CFM 8" Pump | PUMP | | | 6,000 | 4,800 |
| 269E | 2570 | 2010 | STANLEY | MB70EXS | HAMMER | | | 17,500 | 14,000 |
| 272E | 89L419B | 2000 | Ingersoll Rand | 350P | ASPHALT PAVER | | | 20,000 | 16,000 |
| 290E | 9210208 | 2007 | Wirtgen | W2100 | MILLING MACHINE | | | 70,000 | 56,000 |
| 291E | 9050253 | 2007 | Wirtgen | W50DC | MILLING MACHINE | | | 60,000 | 48,000 |
| 292E | 6.115E+12 | 2008 | Fermont (BUILDING GENERATOR | MEP006A | GENERATOR | | | 3,500 | 2,800 |
| 296E | 1110702 | | MAGNUM | MLT3060M | LIGHT TOWER | | | 1,750 | 1,400 |
| 297E | 1110695 | | MAGNUM | MLT3060M | LIGHT TOWER | | | 1,750 | 1,400 |
| 303ME | | 2002 | | | MISC. | | | 3,000 | 2,400 |
| 304ME | | | Box - 9CY Stone Box | Box - 9CY Stone Box | MISC. | | | 2,500 | 2,000 |
| 308ME | 180926 | 2007 | 20 Yd Containers | 20 Yd Containers | ROLL-OFF CONTAINERS | | | 2,500 | 2,000 |
| 309ME | 1809501 | 2007 | 20 Yd Containers | 20 Yd Containers | ROLL-OFF CONTAINERS | | | 2,500 | 2,000 |
| 311ME | 11053E | 2007 | 20 Yd Containers | 20 Yd Containers | ROLL-OFF CONTAINERS | | | 2,500 | 2,000 |
| 312ME | 449854 | | STORAGE TRAILER | 8'x32 Office/storage trailer | OFFICE TRAILERS | | | 1,500 | 1,200 |
| 313ME | 204-0490 | 2010 | Icon | 8' x 20' x 4" Trench Box / 5' x 8" Spreaders | MISC. | | | 3,500 | 2,800 |
| 315ME | | | 20FT STORAGE CONTAINER | TPHU6869281 Crusher | TRAILERS | | | 1,500 | 1,200 |
| 318ME | 12506 | 2005 | SCARBROUGH | RB8 8YD Bedding Box | MISC. | | | 2,500 | 2,000 |
| 320ME | | 2012 | 30 Yd Containers | Valley Enterprise (Black) | ROLL-OFF CONTAINERS | | | 5,000 | 4,000 |
| 321ME | | 2012 | 30 Yd Containers | Valley Enterprise (Black) | ROLL-OFF CONTAINERS | | | 5,000 | 4,000 |
| 322ME | | 2012 | 30 Yd Containers | Valley Enterprise (Black) | ROLL-OFF CONTAINERS | | | 5,000 | 4,000 |
| 323ME | | 2012 | 20 Yd Containers | Valley Enterprise (Black) | ROLL-OFF CONTAINERS | | | 3,500 | 2,800 |
| 324ME | | 2012 | 20 Yd Containers | Valley Enterprise (Black) | ROLL-OFF CONTAINERS | | | 3,500 | 2,800 |
| 329ME | | 2016 | Multiquip Concrete Mixer | MC94PH8 | MISC. | | | 800 | 640 |
| 336ME | | 2007 | 30 Yd Containers | 30 Yd Container | ROLL-OFF CONTAINERS | | | 3,500 | 2,800 |
| 337ME | | 2007 | 20 Yd Containers | 20 Yd Container | ROLL-OFF CONTAINERS | | | 2,500 | 2,000 |
| 338ME | | | Walker | 10GAL FLEX Asphalt Kettle | MISC. | | | 400 | 320 |

Privileged Confidential

# Lucas Construction Group

| | EQUIPMENT INFORMATION | | | | | DEBT/POTENTIAL VALUE | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
| 350OT | 6884 | 1986 | COASTAL BUILDING SYSTEMS | 8' x 32' | OFFICE TRAILERS | | | 600 | 480 |
| 351OT | MFO-00499 | | COASTAL BUILDING SYSTEMS | 8' x 28' Office | OFFICE TRAILERS | | | 1,500 | 1,200 |
| 352OT | | 1986 | COASTAL BUILDING SYSTEMS | 8' x 32' | OFFICE TRAILERS | | | 600 | 480 |
| 352OT | YK36VGW3008 | | COASTAL BUILDING SYSTEMS | 8' x 32' Office | OFFICE TRAILERS | | | 1,500 | 1,200 |
| 353OT | M9070509 | 1987 | MARKLINE | 8' x 38' | OFFICE TRAILERS | | | 600 | 480 |
| 354OT | | | OFFICE TRAILER | 11' x 42' | OFFICE TRAILERS | | | | - |
| 372ME | | | 10YD Container | | ROLL-OFF CONTAINERS | | | 1,500 | 1,200 |
| 373CN | 200100 | 2012 | 20' Hook Lift Sea Container | 8'x20' Storage Container | STORAGE CONTAINERS | | | 3,500 | 2,800 |
| 374CN | 884488 | 2012 | 20' Hook Lift Sea Container | 8'x20' Storage Container | STORAGE CONTAINERS | | | 3,500 | 2,800 |
| 375CN | 37964 | 2012 | 30 Yard Roll Off Container | 30 Yard Roll Off Container | ROLL-OFF CONTAINERS | | | 5,000 | 4,000 |
| 376CN | 37230 | 2012 | 30 Yard Roll Off Container | 30 Yard Roll Off Container | ROLL-OFF CONTAINERS | | | 5,000 | 4,000 |
| 377CN | | 2016 | 20' Hook Lift Sea Container | 8'x20' Storage Container | STORAGE CONTAINERS | | | 3,500 | 2,800 |
| 378CN | | 2016 | 20' Hook Lift Sea Container | 8'x20' Storage Container | STORAGE CONTAINERS | | | 3,500 | 2,800 |
| 379CN | | 2016 | Flat Bed (for Mini Roll off) | 8'x12' Flat bed | ROLL-OFF CONTAINERS | | | 2,000 | 1,600 |
| 380ME | SN S1242 | 2016 | CHICAGO PNEUMATIC | Air Compressor | AIR COMPRESSOR | | | 9,000 | 7,200 |
| 381ME | 4500B1312AR070686 | 2015 | ATLAS COPCO | Air Compressor (Skidmounted TRI 00112) | AIR COMPRESSOR | | | 7,000 | 5,600 |
| 390ME | 4M82015026 | | Icon | 4M82015026 20' x 8' | MISC. | | | 4,500 | 3,600 |
| 391E | M0HP4GX031434 | | John Deere | HPX Gator | MISC. | | | 4,000 | 3,200 |
| 392E | H230.0927 | 2016 | Hamm | HD12 VV | ROLLER | | | 20,000 | 16,000 |
| 393E | H231.0227 | 2016 | Hamm | HD13iW | ROLLER | | | 22,500 | 18,000 |
| 394E | | 2017 | CONEQTEC | HS-57  Manhole Cutter | MANHOLE CUTTER | | | 20,000 | 16,000 |
| 395E | 13820010 | 2008 | Vogele | Vision 5100-2 | ASPHALT PAVER | | | 20,000 | 16,000 |
| 398ME | 5614559 | 2005 | WACKER | LTC4L | LIGHT TOWER | | | 2,000 | 1,600 |
| 400C | 650121BEHA | 2004 | Terex-Pegson | Jaw Crusher Premier Trak | CRUSHER | | | 75,000 | 60,000 |
| 401C | QM019907 | 2004 | Terex-Pegson | Impact Crusher 4242SR | CRUSHER | | | 85,000 | 68,000 |
| 402C | 6103015 | 2004 | Terex-Pegson | Stacker | CRUSHER | | | 7,000 | 5,600 |
| 403E | 12206319 | 2007 | Terex-Powerscreen | Warrior 1400 | SCREENER | | | 35,000 | 28,000 |
| 404E | 1166 | | Read | RD40B | SCREENER | | | 6,000 | 4,800 |

## Lucas Construction Group

| | EQUIPMENT INFORMATION | | | | | DEBT/POTENTIAL VALUE | | | |
|---|---|---|---|---|---|---|---|---|---|
| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
| 600E | 300116999 | 2007 | JLG | 450A Series II | MAN LIFT | | | 10,000 | 8,000 |
| 700E | E2850-1017 | 2012 | Weiler | E2850 | TRANSFER MACHINE | | | 110,000 | 88,000 |
| 701E | 1HK00381 | 2004 | Caterpillar | D25D | END DUMP | | | 25,000 | 20,000 |
| 702E | 1HK00395 | 2004 | Caterpillar | D25D | END DUMP | | | 25,000 | 20,000 |
| 703E | 1HK00458 | 2004 | Caterpillar | D25D | END DUMP | | | 20,000 | 16,000 |
| 705E | 66N02053 | 2004 | Caterpillar | D5M | BULLDOZER | | | 35,000 | 28,000 |
| 707E | CAT00D3GVCFC00241 | 2004 | Caterpillar | D3G | BULLDOZER | | | 37,500 | 30,000 |
| 713E | KMTPC249CFA007490 | 2016 | KOMATSU | PC88MR-10 | EXCAVATOR | | | 45,000 | 36,000 |
| 718E | 1420.1301 | 2017 | Wirtgen | W200i | MILLING MACHINE | Flagstar /Signature Financial | 0 | 325,000 | 260,000 |
| 719E | CAT0336EERZA00291 | 2013 | Caterpillar | 336EHF | EXCAVATOR | | | 72,500 | 58,000 |
| 720E | 0722.0068 | 2018 | Wirtgen | 220I | MILLING MACHINE | Flagstar /Signature Financial | 135,000 | 300,000 | 240,000 |
| 800OT | 45091-3 | | BECK | 12'x50' Office trailer 3 offices | OFFICE TRAILERS | | | 3,000 | 2,400 |
| AKT00103 | | 2003 | Cimline | Magma 110 | ASPHALT KETTLE | | | 6,000 | 4,800 |
| AQV00119 | SOM42914F819 | 2019 | SEAARK | 2072 DXS | AQUATIC ASSETS | | | 18,000 | 14,400 |
| ARM00117 | 2017A303 | 2017 | Bagela | BA7000 | ASPHALT RECYCLER | | | 60,000 | 48,000 |
| ARM002 | | | Asphalt Hot Top | | ASPHALT RECYCLER | | | | - |
| BDZ00119 | 0KY207445 | 2019 | Caterpillar | D5K2LGP | BULLDOZER | Caterpillar | 0 | 100,000 | 80,000 |
| BKH00116 | 1T0410LXTGF291965 | 2016 | John Deere | 410L | BACKHOE | John Deere Construction | 0 | 57,500 | 46,000 |
| BKH00213 | 1T0410KXKDE23985 | 2013 | John Deere | 410K | BACKHOE | John Deere Construction | 0 | 50,000 | 40,000 |
| CMT00196 | 10T3R0HT6T1052907 | 1996 | OSHKOSH | SSE | CONCRETE MIXER TRUCK | | | 20,000 | 16,000 |
| DT00721 | 1NKZX4TXXMJ449462 | 2021 | KENWORTH | T-880 | TRI-AXLE DUMP | | | | - |
| DTW00118 | DWPSK05VJ0000601 | 2019 | DITCHWITCH | SK1050 (jerzeyscapes) | DITCH WITCH | Ditch Witch | 9,932 | 25,000 | 20,000 |
| EXC00120 | YH08015298 | 2020 | KOBELCO | 140SRDZ - 5 | EXCAVATOR | | 0 | 100,000 | 80,000 |
| EXC00219 | YC14S00425 | 2019 | KOBELCO | SK350LC-10 | EXCAVATOR | | | 150,000 | 120,000 |
| EXC00317 | LF0806210 | 2017 | KOBELCO | 85CS-3E | EXCAVATOR | Leaf Capital Funding | 16,776 | 75,000 | 60,000 |
| EXC00419 | PS04-12677 | 2019 | KOBELCO | 55SRX-6E | EXCAVATOR | Wells Fargo Financial | 27,000 | 40,000 | 32,000 |
| EXC00519 | NZLN57698 | 2019 | CASE | CX37C | EXCAVATOR | | | | - |
| EXC00620 | YY9045453 | 2020 | KOBELCO | SK140SRLC-7 | EXCAVATOR | Wells Fargo Financial | 110,000 | 100,000 | 80,000 |

Privileged Confidential

## Lucas Construction Group

| ASSET# | VIN/SERIAL | YEAR | MAKE | MODEL | TYPE | LENDER | EST. BALANCE | LICQUID VALUE 1 | Value at 80% |
|---|---|---|---|---|---|---|---|---|---|
| | | | **EQUIPMENT INFORMATION** | | | **DEBT/POTENTIAL VALUE** | | | |
| LDR00120 | A39189 | 2020 | KOMATSU | WA320-8 | **LOADER** | Komatsu Financial | 0 | 170,000 | 136,000 |
| LDR00296 | JEE0050462 | 1996 | CASE | 621B | **LOADER** | | | 17,500 | 14,000 |
| LDR00303 | 11187 | 2003 | KOMATSU | WA450-1L | **LOADER** | | | | - |
| LWB00117 | 1XKZP4TX8HJ150872 | 2017 | KENWORTH | T880 | **LOWBOY** | | | 130,000 | 104,000 |
| LWB00216 | 1XKZP4EX4GJ490452 | 2016 | KENWORTH | T880 | **LOWBOY** | | | | - |
| PAC00117 | 4500A101XHR054737 | 2017 | CHICAGO PNEUMATIC | Air Compressor | **AIR COMPRESSOR** | | | 11,000 | 8,800 |
| PUT00121 | 3GTU9DED9MG224363 | 2021 | GMC | SIERRA 1500 | **PickUp** | | | 42,500 | 34,000 |
| PUT00221 | 1FTFX1E58MKD19348 | 2021 | FORD | F-150 XLT | **PickUp** | Ally | 35,000 | 37,500 | 30,000 |
| PUT00322 | 1FTEX1EP6NFA22358 | 2022 | FORD | F-150 STX | **PickUp** | | | | - |
| PUT00420 | 1FTEW1EP1LFC61543 | 2020 | FORD | F-150 | **PickUp** | | | | - |
| RLR00118 | 286054 | 2018 | Volvo | DD-110C | **ROLLER** | | | 65,000 | 52,000 |
| RLR00215 | 276415 | 2015 | Volvo | DD-70HF | **ROLLER** | | | 50,000 | 40,000 |
| ROC00120 | | 2020 | CONSHOHOCKEN | 20 Yard Roll Off Container | **ROLL-OFF CONTAINERS** | | | 7,500 | 6,000 |
| ROC00220 | | 2020 | CONSHOHOCKEN | 20 Yard Roll Off Container | **ROLL-OFF CONTAINERS** | | | 7,500 | 6,000 |
| ROC00320 | | 2020 | CONSHOHOCKEN | 30 Yard Roll Off Container | **ROLL-OFF CONTAINERS** | | | 7,500 | 6,000 |
| ROT00107 | 1M2AG11C77M048799 | 2007 | MACK | GRANITE | **ROLLOFF TRUCK** | | | 12,000 | 9,600 |
| SDN00116 | JF1GJAF68GH009088 | 2016 | SUBARU | IMPREZA | **Sedan** | | | 13,000 | 10,400 |
| SKD00119 | 1T0331GKVKF359157 | 2019 | John Deere | 331GX (Jerzeyscapes) | **SKIDSTEER** | John Deere Construction | 0 | 47,500 | 38,000 |
| SKD00219 | 48003 | 2019 | KUBOTA | SVL95-2HFC | **SKIDSTEER** | Kubota Financial | 0 | 55,000 | 44,000 |
| SKD00319 | 46159 | 2019 | KUBOTA | SVL95-2HFC | **SKIDSTEER** | Kubota Financial | | 50,000 | 40,000 |
| SUT00193 | VG6BA09C2PB700406 | 1993 | MACK | CS Mid-Liner | **Service Truck** | | | 20,000 | 16,000 |
| SUV00118 | 1C4RJFCG7JC139297 | 2018 | JEEP | GRAND CHEROKEE OVERLAN | **SUV** | Ally | 13,000 | 32,500 | 26,000 |
| SUV00320 | 1FMJK2AT1LEA78521 | 2020 | FORD | EXPEDITION MAX | **SUV** | Ally | 36,000 | 55,000 | 44,000 |
| SWP00103 | 49HAADBV53DL71457 | 2003 | Elgin | Eagle | **TMA TRUCKS** | | | 16,000 | 12,800 |
| TRL00112 | 40FR03324C2031862 | 2012 | TALBERT | AC-20 | **TRAILERS** | | | 10,000 | 8,000 |
| TRL00218 | 47GAE2217JB000085 | 2018 | VENTURE | Boat Trailer | **TRAILERS** | | | 2,000 | 1,600 |
| TRL00381 | 1HLA1A7B8A7H51330 | 1981 | HEIL | Tanker Trailer | **TRAILERS** | | | | - |
| UPT00119 | 1FD8W3F66KEC52156 | 2019 | FORD | F-350 UTILITY | **PickUp Utility** | Ally | 17,000 | 47,500 | 38,000 |

Privileged Confidential

# Lucas Construction Group

| | EQUIPMENT INFORMATION | | | | | DEBT/POTENTIAL VALUE | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ASSET#** | **VIN/SERIAL** | **YEAR** | **MAKE** | **MODEL** | **TYPE** | **LENDER** | **EST. BALANCE** | **LICQUID VALUE 1** | **Value at 80%** |
| WTR00119 | 20190600169 | 2019 | HUSQVARNA | LP9505 | **TRENCH ROLLER** | Great America | | 20,000 | 16,000 |
| WTR00219 | 20190600171 | 2019 | HUSQVARNA | LP9505 | **TRENCH ROLLER** | Great America | | 20,000 | 16,000 |
| WTT00101 | 1NKDLT9X01J882873 | 2001 | KENWORTH | T800 | **FUEL TRUCK** | | | 30,000 | 24,000 |
| | | | | | **Mason Dump** | | | | - |
| | | 2010 | 40' FRACKING TRAILER | 40' Fracking Water Tank Trailer | **FRACKING TRAILER** | | | 6,000 | 4,800 |
| | | 2010 | 40' FRACKING TRAILER | 40' Fracking Water Tank Trailer | **FRACKING TRAILER** | | | 6,000 | 4,800 |
| | | 2001 | 20' Sea Container | 8'x20' Storage Container | **STORAGE CONTAINERS** | | | 2,000 | 1,600 |
| | | 2001 | 40' Sea Container | 40' Sea Container | **STORAGE CONTAINERS** | | | 2,000 | 1,600 |
| | | 2003 | 40' Sea Container | Old Oil Room | **STORAGE CONTAINERS** | | | 2,000 | 1,600 |
| | AC4500358 | 2011 | TRAMAC | SC42 | **HAMMER** | | | 4,000 | 3,200 |
| | | | | | | Count  199 | 399,708 | 5,237,750 | 4,190,200 |

**Fill in this information to identify the case:**

Debtor name **Lucas Construction Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Accredited Surety & Casualty Co.**<br>Creditor's Name<br><br>**4798 New Broad Street Suite 200 Orlando, FL 32814**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC# 52399813 (same UCC# also assigned to Bondex Insurance Company)**<br><br>Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **BCB Community Bank**<br>Creditor's Name<br><br>**591-595 Avenue C Bayonne, NJ 07002**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC# 52759954**<br><br>Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,918,069.41** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor **Lucas Construction Group, Inc.**
_____
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Bondex Insurance Company** | |
|---|---|---|

Creditor's Name

**30A Vreeland Road
Suite 120
Florham Park, NJ 07932**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC# 52399813 (same UCC# also assigned to Accredited Surety & Casualty)**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.00    Unknown

---

| 2.4 | **Catepillar Financial Services Corp.** | |
|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC# 53453495**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.00    Unknown

---

| 2.5 | **Ditch Witch Financial Services** | |
|---|---|---|

Creditor's Name

**Bank of the West
1625 W. Fountainhead Parkway
Tempe, AZ 85282**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC#53572783**

Describe the lien

$0.00    Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 8

Debtor  **Lucas Construction Group, Inc.**                              Case number (if known) _____
         Name

**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes

**Date debt was incurred**                  **Is anyone else liable on this claim?**

                                            ■ No
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **First Citizens Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name          **UCC# 56042993**

**10201 Centurion Parkway N.**
**Suite 100**
**Jacksonville, FL 32256**

Creditor's mailing address          **Describe the lien**
                                    **UCC Financing Statement**

                                    **Is the creditor an insider or related party?**

Creditor's email address, if known   ■ No
                                    ☐ Yes

**Date debt was incurred**           **Is anyone else liable on this claim?**

                                    ■ No
**Last 4 digits of account number**  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.7 | **First Commerce Bank** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name          **UCC# 51825713**

**105 River Avenue**
**Lakewood, NJ 08701**

Creditor's mailing address          **Describe the lien**
                                    **UCC Financing Statement**

                                    **Is the creditor an insider or related party?**

Creditor's email address, if known   ■ No
                                    ☐ Yes

**Date debt was incurred**           **Is anyone else liable on this claim?**

                                    ■ No
**Last 4 digits of account number**  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor    **Lucas Construction Group, Inc.**                                     Case number (if known) _____
_____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.8 | **Great America Financial** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name
**UCC# 53548014**

**625 First Street**
**Cedar Rapids, IA 52401**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Green Note Capital Partners** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name
**UCC# 57372596**

**1019 Avenue P**
**Suite 401**
**Brooklyn, NY 11223**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $5,456,527.67 | $0.00 |

Creditor's Name
**Federal Tax Lien, Tax years 2016, 2017, 2018,**
**2019, 2020, 2021, 2022, 2023 & 2024**

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

---

Debtor   **Lucas Construction Group, Inc.**                                    Case number *(if known)* _____
         <span style="font-size:smaller">Name</span>

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| <span style="font-size:smaller">Creditor's email address, if known</span> | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**  **John Deere Construction & Forestry**
<span style="font-size:smaller">Creditor's Name</span>

**6400 NW 86th Street**
**Johnston, IA 50131**
<span style="font-size:smaller">Creditor's mailing address</span>

_____
<span style="font-size:smaller">Creditor's email address, if known</span>

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                                    **$0.00**        **Unknown**
**UCC#s 53619303; 53626875; 53683281;**
**53683304**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2**  **Komatsu Financial Limited Partnership**
<span style="font-size:smaller">Creditor's Name</span>

**8770 W. Bryn Mawr Avenue**
**Suite 100**
**Chicago, IL 60631**
<span style="font-size:smaller">Creditor's mailing address</span>

_____
<span style="font-size:smaller">Creditor's email address, if known</span>

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**                                    **$0.00**        **Unknown**
**UCC#S 53829320; 54894974**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Lucas Construction Group, Inc.**
_____     Case number (if known) _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 3 | **Kubota Credit Corporation USA** | | |

Creditor's Name

**P.O. Box 2046
Grapevine, TX 76099**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          **$0.00**          **Unknown**
**UCC# 53874362**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Leaf Capital Funding** | | |

Creditor's Name

**2005 Market Street
Philadelphia, PA 19103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          **$0.00**          **Unknown**
**UCC# 55833396**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Peoples United** | | |

Creditor's Name

**300 Frank W. Burr Boulevard
Suite 50
Teaneck, NJ 07666**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**          **$0.00**          **Unknown**
**UCC#s 55285184; 55601232**

**Describe the lien**

---

Debtor **Lucas Construction Group, Inc.**                        Case number *(if known)* _____
_____
Name

**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Signature Financial, LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name

**UCC# 52630842 & 53126153**

**225 Broadhollow Road
Melville, NY 11747**
_____
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Stavola Asphalt Company, Inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name

**UCC# 56893304**

**175 Drift Road
Eatontown, NJ 07724**
_____
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | Lucas Construction Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Wells Fargo Vendor Financial Services** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**UCC#S 53855855; 55835392**

**P.O. Box 35701
Billings, MT 59107**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$7,374,597.08** |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Braverman & Lester
Attn: Jeffrey A. Lester, Esq.
374 Main Street
Hackensack, NJ 07601** | Line  2.2 | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Lucas Construction Group, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Andrade, Davides**<br>**113 Oak Hill Avenue**<br>**Long Branch, NJ 07740** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $356.65 | $356.65 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |
| 2.2 | Priority creditor's name and mailing address<br>**Bauman, Amanda**<br>**153 Amboy Road**<br>**Morganville, NJ 07751** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,270.85 | $2,270.85 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| Debtor | **Lucas Construction Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 | $15,150.00 |
|---|---|---|---|---|

**Becker, Joseph**
**49 Edson Place**
**Haledon, NJ 07508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,361.78 | $0.00 |
|---|---|---|---|---|

**Castronuova, Fred**
**912 Meadowlark Drive**
**Lanoka Harbor, NJ 08734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.64 | $326.64 |
|---|---|---|---|---|

**Maltez, Christopher**
**23 Whitehead Avenue**
**South River, NJ 08882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.54 | $867.54 |
|---|---|---|---|---|

**Mendez, Juan**
**212 Clinton Avenue**
**Apt. #2**
**Lakewood, NJ 08701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Lucas Construction Group, Inc.** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,010.62 | $1,010.62 |

**Nugent, Jr., Brian**
**10 Angle Inn Trailer Court**
**Farmingdale, NJ 07727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.08 | $359.08 |

**Nugent, Sr., Brian**
**10 Angle Inn Trailer Court**
**Farmingdale, NJ 07727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,319.68 | $1,319.68 |

**Oliveira, Manuel**
**30 Amherst Street**
**South River, NJ 08882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.63 | $982.63 |

**Palacios, Louis**
**215 Beck Avenue**
**Floor 2**
**South Bound Brook, NJ 08880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Lucas Construction Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,907.13 | $1,907.13 |
|---|---|---|---|---|

**Santas, Miguel**
**102 Lettau Drive**
**Spotswood, NJ 08884**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,035.50 | $2,035.50 |
|---|---|---|---|---|

**Santos, Nelson**
**58 Baywood Boulevard**
**Brick, NJ 08723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,655.29 | $1,655.29 |
|---|---|---|---|---|

**Separovich, Michael**
**107 Wilson Avenue**
**Port Monmouth, NJ 07758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,199.35 | $2,199.35 |
|---|---|---|---|---|

**Separovich, Richard**
**640 Campbell Avenue**
**Port Monmouth, NJ 07758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Lucas Construction Group, Inc.** | Case number *(if known)* |
|--------|------------------------------------|--------------------------|
| | Name | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------|-------------|

**State of New Jersey, Div. of Taxation Compliance &Enforcement/Bankruptcy Unit 50 Barrack Street, 9th Floor P.O. Box 245 Trenton, NJ 08695-0267**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Ventura, Jose
117 Monroe Street
Eatontown, NJ 07724**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.85 | $417.85 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**White, Joseph
18 Central Avenue
Highlands, NJ 07732**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,091.82 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Zimmerman, Eric
10 Joseph Drive
Lincroft, NJ 07738**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Lucas Construction Group, Inc.**
_____
Name

Case number (*if known*) _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $857.50 |
|---|---|---|---|

**3 G Construction, Inc.**
**265 Woodward Road**
**Englishtown, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AmTrust Insurance Co. et. als.\*\***
**c/o Kennedy CMK, LLP, Matthew Gluck, Esq**
**120 Mountain View Boulevard**
**P.O. Box 650**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Lawsuit ESX-L-3839-22**
**\*\*Other Plaintiffs: Aspen Specialty Ins. Co.; Ategrity Specialty Ins.**
**Co.; Certain Underwriters of Lloy's of London Subscribing to Pol. #s**
**PG1900944, PG1902082, PG1902764 and RW002570; Endurance**
**Worldwide Ins.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,642.54 |
|---|---|---|---|

**ARCPoint Labs**
**1542 Kuser Road**
**Unit B-4**
**Hamilton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,362.78 |
|---|---|---|---|

**Atlantic Kritch Crane Services**
**1608 Wyckoff Road**
**Farmingdale, NJ 07727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,178.00 |
|---|---|---|---|

**Bergys Construction**
**c/o James S. Taylor, Esq.**
**P.O. Box 285**
**1739 Delsea Dr., #1753**
**Franklinville, NJ 08322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Judgment No. DJ-102349-2010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $640.00 |
|---|---|---|---|

**Borough of Little Silver**
**480 Prospect Avenue**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.52 |
|---|---|---|---|

**Butch's Lube "N" Wash**
**170 Newman Spring Road**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,647.47 |
|---|---|---|---|

**Campbell Foundry Company**
**800 Bergen Street**
**Harrison, NJ 07029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cantor, Jeff**
**c/o Eric H. Lubin, Esq.**
**Lomurro Munson, LLC**
**4 Paragon Way, Suite 100**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Lawsuit, MON-L-2513-24

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,694.09 |
|---|---|---|---|

**Cardmember Services**
**P.O. Box 15153**
**Wilmington, DE 19886-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,498.45 |
|---|---|---|---|

**Central Converter Corp.**
**832 Ridgewood Avenue**
**#3-2**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178,849.77 |
|---|---|---|---|

**Central Jersey Hot Mix Asphalt, LLC**
**577 Hope Chapel Road**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Judgment No. J-154803-2023

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,885.71 |
|---|---|---|---|

**Cleary Machinery Co., Inc.**
**24 Cedar Street**
**South Bound Brook, NJ 08880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,239.41 |
|---|---|---|---|

**Cohen Seglias Pallas Greenhall**
**1600 Market Street**
**32nd Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Legal Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Lucas Construction Group, Inc.**
_____
Name

Case number (if known) _____

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,923.40** |
|---|---|---|---|

**Core & Main, LP**
**1830 Craig Park Court**
**Saint Louis, MO 63146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit MON-L-337-22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Encon Mechanical Corp.**
**3433 Sunset Avenue**
**Ocean, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit ESX-L-6602-19**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Estate of Denise James, et als.**
**c/o Patrick T. D'arcy, Esq.**
**3120 Fire Road**
**Suite 100**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit, ATL-L-991-23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,540.11** |
|---|---|---|---|

**F&S Tire Corp., Inc.**
**58 Brunswick Avenue**
**Edison, NJ 08817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Book Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,251.01** |
|---|---|---|---|

**Flagstar Financial & Leasing, LLC**
**100 Duffy Avenue**
**Suite 402**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Security Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$417,357.22** |
|---|---|---|---|

**Greenway Industries of NJ, LLC**
**89 Yellowbrook Road**
**Farmingdale, NJ 07727**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,455.27** |
|---|---|---|---|

**Groff Tractor Mid-Atlantic**
**212 Monmouth Road**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$417,357.22**

H & G L Fund Union 472
700 Raymond Boulevard
Newark, NJ 07105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,226.32**

H.C.S.S.
P.O. Box 734695
Dallas, TX 75373-4695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1801

Basis for the claim:  Construction Software

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

HDI Global Specialty **
c/ Robert Smolen, Esq.
Gaul & Assoc.
1650 Arch Street, Suite 1903
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Lawsuit ESX-L-3839-22
** Other Plaintiff: Ironshore Specialty Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,294.09**

Herc Rentals
27500 Riverview Center Boulevard
Suite 100
Bonita Springs, FL 34134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: .

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,855.49**

Highway Equipment
615 Route 33
Millstone Township, NJ 08535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4834

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,525.00**

Hilltop Environmental Solution
1585 McDaniel Drive
West Chester, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015.00**

Jasinski, P.C.
2 Hance Road
Tinton Falls, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucas Construction Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,962.24** |
|---|---|---|---|

**JESCO, Inc.**
**c/o Sklar Law, LLC**
**20 Brace Road**
**Suite 205**
**Cherry Hill, NJ 08034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, MON-L-3039-23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,522.18** |
|---|---|---|---|

**Kennedy Culvert & Supply**
**125 Sixth Avenue**
**Suite 100**
**Mount Laurel, NJ 08054-1899**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Khubani Enterprises, Inc.**
**c/o Martin David Katz, Esq.**
**2 Daniel Road East**
**2nd Floor**
**Fairfield, NJ 07004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit ESX-L-2362-22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337,418.22** |
|---|---|---|---|

**KMETZ, Inc.**
**449 Marlboro Road**
**Old Bridge, NJ 08857**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, MON-L-746.23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396,449.00** |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Judgment No. CV-006751-2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,715.81** |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Judgment No. CV-004949-2020**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,082.64 |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-014998-2021

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,417.33 |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-013815-2021

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,918.02 |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-017396-2021

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,310.63 |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-000613-2022

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309,936.05 |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-000752-2020

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,310.63 |
|---|---|---|---|

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-001302-2022

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-005711-2022

Is the claim subject to offset? ■ No ☐ Yes

**$59,196.30**

---

**3.42** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-016234-2021

Is the claim subject to offset? ■ No ☐ Yes

**$125,416.77**

---

**3.43** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-000131-2023

Is the claim subject to offset? ■ No ☐ Yes

**$153,680.16**

---

**3.44** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-000514-2023

Is the claim subject to offset? ■ No ☐ Yes

**$153,680.14**

---

**3.45** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-000903-2023

Is the claim subject to offset? ■ No ☐ Yes

**$153,680.14**

---

**3.46** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-001622-2023

Is the claim subject to offset? ■ No ☐ Yes

**$152,117.34**

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                           **$153,680.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment No. CV-002252-2023__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                           **$153,680.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment No. CV-002825-2023__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                           **$119,946.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment No. CV-006087-2023__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                           **$76,748.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment No. CV-006174-2022__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                           **$130,415.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment No. CV-000041-2024__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                           **$116,003.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Judgment No. CV-003988-2023__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-004145-2024

Is the claim subject to offset? ■ No ☐ Yes

**$130,415.78**

---

**3.54** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-005582-2024

Is the claim subject to offset? ■ No ☐ Yes

**$130,415.78**

---

**3.55** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-006733-2024

Is the claim subject to offset? ■ No ☐ Yes

**$130,415.78**

---

**3.56** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-007525-2024

Is the claim subject to offset? ■ No ☐ Yes

**$623,194.95**

---

**3.57** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-009042-2024

Is the claim subject to offset? ■ No ☐ Yes

**$91,331.76**

---

**3.58** | Nonpriority creditor's name and mailing address
**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment No. CV-009639-2024

Is the claim subject to offset? ■ No ☐ Yes

**$47,006.82**

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,270.56**

**Laborers Local Union# 472 & 172**
**c/o Zazzali, Fagella, Nowak, Klienbaum**
**570 Broad Street**
**Suite 1402**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment No. CV-009946-2024**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,793.10**

**Land Pros Excavating, Inc.**
**155 Hurffville Road**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lexington Insurance Co. \*\***
**c/o White & Williams, LLP**
**ATTN:  Christopher Konzelmann, Esq.**
**457 Haddonfield Rd., Suite 400**
**Cherry Hill, NJ 08002-2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit ESX-L-3839-22**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485,436.91**

**Local 825 Engineers**
**65 Springfield Avenue**
**3rd Floor**
**Springfield, NJ 07081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225,059.40**

**Lomma Crane & Rigging**
**483rd Street**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

**Lucas Development, LLC**
**209 Commercial Court**
**Morganville, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payments for Professional Fees:**
**\*  The Kelly Firm, P.C. - $30,000.00 Retainer;**
**\*  Rabinowitz, Lubetkin & Tully - $65,000 Retainer;  and**
**\*  HC Consulting Group - $30,000 Retainer and Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,202.18**

**Lucas, Anthony**
**8 Twink Lakes Drive**
**Colts Neck, NJ 07722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Lucas Construction Group, Inc.**

Name

Case number *(if known)*

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,553.60 |
|---|---|---|---|

**M&T Equipment**
**300 Frank W. Burr Boulevard**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit, MON-L-3432-23**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,832.50 |
|---|---|---|---|

**M. Oliveria Trucking, Inc.**
**794 Parker Street**
**Newark, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Manuel Barbosa**
**c/o Jamison M. Mark, Esq.**
**675 Morris Avenue, Suite 300**
**Springfield, NJ 07081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Labor Dispute Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,965.00 |
|---|---|---|---|

**Mata & Son, LLC**
**409 Stevens Avenue**
**South Amboy, NJ 08879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trucking Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.48 |
|---|---|---|---|

**Mazza Recylcing Services, Ltd.**
**3230 Shafto Road**
**Tinton Falls, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,175.00 |
|---|---|---|---|

**McGrath Municipal Equipment**
**P.O. Box 422**
**Springfield, NJ 07081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.05 |
|---|---|---|---|

**Mr. John, Inc.**
**P.O. Box 130**
**Keasbey, NJ 08832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4773**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lucas Construction Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address

**Napa Auto Parts**
**39 Mill Road**
**Matawan, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,196.89**

---

**3.74** | Nonpriority creditor's name and mailing address

**National Water Main Cleaning**
**1806 Newark-Jersey Turnpike**
**Kearny, NJ 07032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$41,610.00**

---

**3.75** | Nonpriority creditor's name and mailing address

**Nobel Equipment and Supply**
**1920 E. Edgar Road**
**Linden, NJ 07036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$685.28**

---

**3.76** | Nonpriority creditor's name and mailing address

**North Star Knights Trucking**
**10 Hance Road**
**Tinton Falls, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$304,824.50**

---

**3.77** | Nonpriority creditor's name and mailing address

**Northeast Carpenter's Fund Union 255**
**91 Fieldcrest Avenue, # 3rd**
**Edison, NJ 08837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$305,513.28**

---

**3.78** | Nonpriority creditor's name and mailing address

**NY City District Council of Carpenters**
**395 Hudston Street**
**9th Floor**
**New York, NY 10014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$28,641.57**

---

**3.79** | Nonpriority creditor's name and mailing address

**Patriot Shotcrete, LLC**
**8 Hope Street**
**Jersey City, NJ 07307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Judgment, J-137199-2023_

Is the claim subject to offset? ■ No  ☐ Yes

**$66,790.00**

---

| Debtor | Lucas Construction Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Precision Analytical Services**<br>**2161 Whitesville Road**<br>**Toms River, NJ 08755**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$320.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Rabinowitz, Lubetkin & Tully**<br>**293 Eisenhower Parkway**<br>**Suite 100**<br>**Livingston, NJ 07039**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Legal Services</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,585.24** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Rain for Rent, Inc.**<br>**7 Industrial Drive**<br>**Keyport, NJ 07735**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,708.20** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Red Arrow Technologies**<br>**1 Meridian Road**<br>**Suite 8**<br>**Eatontown, NJ 07724**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,065.46** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Rudy's & Vito's VAS Co., Inc.**<br>**521 W. Hazelwood Avenue**<br>**Rahway, NJ 07065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16,687.59** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Seaboard Fire and Safety Equipment**<br>**2112 Kings Highway**<br>**Ocean Township, NJ 07712**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$418.55** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**SITA**<br>**3100 Cumberland Boulevard**<br>**Suite 900**<br>**Atlanta, GA 30339**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number <u>1779</u> | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,830.00** |

Debtor **Lucas Construction Group, Inc.**
Name

Case number (if known) _____

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,647.30**
**Starr Indemnity & Liability Company**
**399 Park Avenue**
**3rd Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Claim for Insurance Deductibles**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163,940.84**
**Stavola Asphalt Company, Inc.**
**175 Drift Road**
**Eatontown, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment No. J-107689-2024**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,731.16**
**Stavola Construction Materials, Inc.**
**175 Drift Road**
**Tinton Falls, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,340.05**
**Stone Industries, Inc.**
**c/o Jeffer Hopkinson & Vogel**
**1600 Route 208 North**
**P.O. Box 507**
**Hawthorne, NJ 07507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit PAS-L-3220-19**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,707.52**
**Sunbelt Rentals**
**1325 NJ-34**
**Wall, NJ 07727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,954.46**
**Support of Excavation**
**273 New Road**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,331.25**
**T&T Auto Disel Repair**
**326 Lawrence Drive**
**Lanoka Harbor, NJ 08734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lucas Construction Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,220.66 |
|---|---|---|---|

**Tenna**
**2045 Lincoln Highway**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480,869.13 |
|---|---|---|---|

**Trustees of the International Union of**
**Operating Engineers Local 825 Benefit**
**c/o Vipin P. Varshese**
**61 S. Paramus Road, Suite 250**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Judgment No. CV-005631-2024**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,946.48 |
|---|---|---|---|

**Ulma Form Works, Inc.**
**16-00 NJ 208**
**Suite LL$**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,993.18 |
|---|---|---|---|

**White Cap**
**203 Mill Pond Road**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2712**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Archer & Greiner**<br>**1025 Laurel Oak Road**<br>**Voorhees, NJ 08043** | Line  **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bergys Construction**<br>**58 Crow Pond Road**<br>**Pittsgrove, NJ 08318** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bryan D. Press, Esq.**<br>**P.O. Box 246**<br>**Fair Lawn, NJ 07410** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Fein, Such, Kahn & Shepard**<br>**7 Century Drive**<br>**#201**<br>**Parsippany, NJ 07054** | Line  **3.79**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Lucas Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Gary M. Perkiss, Esq.**<br>**One Greentree Center**<br>**10,000 Lincoln Drive East**<br>**Suite 201**<br>**Marlton, NJ 08053** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Gerber Ciano Kelly Brady LLP**<br>**228 Park Avenue South**<br>**Suite 97572**<br>**New York, NY 10003-1502** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Justin H. Scheier, Esq.**<br>**The Scheier Law Firm, LLC**<br>**1465 Post Road East, Suite 100**<br>**Westport, CT 06880** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Leyden Capotorto Ritacco Corrigan Sheehy**<br>**12 Madison Avenue**<br>**Toms River, NJ 08753** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Robert Hornby, Esq.**<br>**Chiesa Shahinian & Giantomasi**<br>**105 Eisenhower Parkway**<br>**Roseland, NJ 07068** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Romano, Garubo & Argentieri**<br>**52 Newton Avenue**<br>**P.O. Box 456**<br>**Hainesport, NJ 08036** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Signature Financial, LLC**<br>**225 Broadhollow Road**<br>**Melville, NY 11747** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Stone Industries**<br>**400 Central Avenue,**<br>**#402**<br>**Haledon, NJ 07508** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Wolf Law, PC**<br>**214 Broad Street**<br>**P.O. Box 8938**<br>**Red Bank, NJ 07701** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 51,612.41 |
| 5b. Total claims from Part 2 | | 5b. | + $ | 9,523,839.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | 9,575,452.36 |

**Fill in this information to identify the case:**

Debtor name    **Lucas Construction Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Lucas Construction Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **254 Tennent Road, LLC** | **270 Tennent Road Morganville, NJ 07751** | **Accredited Surety & Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **631 Associates, LLC** | **270 Tennent Road Morganville, NJ 07751** | **BCB Community Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **631 Associates, LLC** | **270 Tennent Road Morganville, NJ 07751** | **Mata & Son, LLC** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.4  **631 Associates, LLC** | **270 Tennent Road Morganville, NJ 07751** | **Accredited Surety & Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Amboy Road Associates, LLC** | **270 Tennent Road Morganville, NJ 07751** | **Accredited Surety & Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Lucas Construction Group, Inc.**                    Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Anthony Lucas** | **8 Twin Lakes Drive**<br>**Colts Neck, NJ 07722** | **BCB Community Bank** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Anthony Lucas** | **8 Twin Lakes Drive**<br>**Colts Neck, NJ 07722** | **Manuel Barbosa** | ☐ D _____<br>■ E/F ___3.68___<br>☐ G _____ |
| 2.8 | **Anthony Lucas** | **8 Twin Lakes Drive**<br>**Colts Neck, NJ 07722** | **Flagstar Financial & Leasing, LLC** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.9 | **Anthony Lucas** | **8 Twin Lakes Drive**<br>**Colts Neck, NJ 07722** | **Cantor, Jeff** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.10 | **Carla Lucas** | **8 Twin Lakes Road**<br>**Colts Neck, NJ 07722** | **Accredited Surety & Casualty Co.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **D&R Paving, LLC** | **5 Bowling Green Parkway**<br>**Lake Hopatcong, NJ 07849** | **AmTrust Insurance Co. et. als.**\*\* | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.12 | **D&R Paving, LLC** | **5 Bowling Green Parkway**<br>**Lake Hopatcong, NJ 07849** | **Lexington Insurance Co. \*\*** | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.13 | **D&R Paving, LLC** | **5 Bowling Green Parkway**<br>**Lake Hopatcong, NJ 07849** | **HDI Global Specialty \*\*** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |

| Debtor | **Lucas Construction Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **D&R Paving, LLC** | 5 Bowling Green Parkway<br>Lake Hopatcong, NJ 07849 | Khubani Enterprises, Inc. | ☐ D ____<br>■ E/F __3.31__<br>☐ G ____ |
| 2.15 **Garry Lucas** | 21 Marian Circle<br>Chalfont, PA 18914 | Bergys Construction | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.16 **Iron Mountain Equipment, LLC** | 2 Hance Avenue<br>Tinton Falls, NJ 07724 | F&S Tire Corp., Inc. | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |
| 2.17 **Lauren Lucas** | 18 Raaven Road<br>Colts Neck, NJ 07722 | Accredited Surety & Casualty Co. | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 **Lima Charlie Construction, Inc,** | c/o Harry J. Giacometti, Esq.<br>Glaster Greenberg<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002 | Mata & Son, LLC | ☐ D ____<br>■ E/F __3.69__<br>☐ G ____ |
| 2.19 **Lima Charlie Construction, Inc,** | c/o Harry J. Giacometti, Esq.<br>Glaster Greenberg<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002 | Cantor, Jeff | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.20 **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | BCB Community Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Lucas Construction Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 | **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | **Manuel Barbosa** | ☐ D _____<br>■ E/F __3.68__<br>☐ G _____ |
| 2.22 | **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | **F&S Tire Corp., Inc.** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.23 | **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | **Flagstar Financial &<br>Leasing, LLC** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.24 | **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | **Mata & Son, LLC** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.25 | **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | **Accredited Surety &<br>Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Lionel Lucas** | 18 Raven Road<br>Colts Neck, NJ 07722 | **M&T Equipment** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.27 | **Lucas &<br>Brothers, Inc.** | 175 Amboy Road<br>Morganville, NJ 07751 | **Green Note Capital<br>Partners** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Lucas<br>Commercial &<br>Residential Inc.** | 270 Tennent Road<br>Morganville, NJ 07751 | **Green Note Capital<br>Partners** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Lucas Construction Group, Inc.**

Case number *(if known)* _____

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.29 | **Lucas Commercial & Residential Inc.** | 270 Tennent Road<br>Morganville, NJ 07751 | **Cantor, Jeff** |

☐ D _____  ▪ E/F __3.9__  ☐ G _____

| | | | |
|---|---|---|---|
| 2.30 | **Lucas Commercial & Residential, Inc.** | 270 Tennent Road<br>Morganville, NJ 07751 | **Mata & Son, LLC** |

☐ D _____  ▪ E/F __3.69__  ☐ G _____

| | | | |
|---|---|---|---|
| 2.31 | **Spearhead Networking & Technology** | 2 Hance Road<br>Tinton Falls, NJ 07724 | **Accredited Surety & Casualty Co.** |

▪ D __2.1__  ☐ E/F _____  ☐ G _____

| | | | |
|---|---|---|---|
| 2.32 | **The Leaf Group, Inc.** | 2 Hance Avenue<br>Eatontown, NJ 07724 | **Central Jersey Hot Mix Asphalt, LLC** |

☐ D _____  ▪ E/F __3.12__  ☐ G _____

| | | | |
|---|---|---|---|
| 2.33 | **The Leaf Group, Inc.** | 2 Hance Avenue<br>Eatontown, NJ 07724 | **Stavola Asphalt Company, Inc.** |

☐ D _____  ▪ E/F __3.88__  ☐ G _____

| | | | |
|---|---|---|---|
| 2.34 | **The Leaf Group, Inc.** | 2 Hance Avenue<br>Eatontown, NJ 07724 | **Mata & Son, LLC** |

☐ D _____  ▪ E/F __3.69__  ☐ G _____

| | | | |
|---|---|---|---|
| 2.35 | **The Leaf Group, Inc.** | 2 Hance Avenue<br>Tinton Falls, NJ 07724 | **Green Note Capital Partners** |

▪ D __2.9__  ☐ E/F _____  ☐ G _____

| | | | |
|---|---|---|---|
| 2.36 | **Tradewinds Construction Inc.** | 173 Amboy Road<br>Morganville, NJ 07751 | **Laborers Local Union# 472 & 172** |

☐ D _____  ▪ E/F __3.33__  ☐ G _____

---

Debtor    **Lucas Construction Group, Inc.**                     Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                  *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.37 | **Tradewinds Construction Inc.** | 173 Amboy Road Morganville, NJ 07751 | **Laborers Local Union# 472 & 172** | ☐ D _____ ■ E/F __3.34__ ☐ G _____ |
| 2.38 | **Tradewinds Construction Inc.** | 173 Amboy Road Morganville, NJ 07751 | **Laborers Local Union# 472 & 172** | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.39 | **Tradewinds Construction Inc.** | 173 Amboy Road Morganville, NJ 07751 | **Trustees of the International Union of** | ☐ D _____ ■ E/F __3.95__ ☐ G _____ |
| 2.40 | **Tradewinds Construction Inc.** | 173 Amboy Road Morganville, NJ 07751 | **Manuel Barbosa** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.41 | **Viaticus, LLC** | 270 Tennent Road Morganville, NJ 07751 | **Accredited Surety & Casualty Co.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Lucas Construction Group, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**     **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$7,521,843.00** |
   | **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$9,058,895.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1.     **TO BE SUPPLIED** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Lucas Construction Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **TO BE SUPPLIED** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **M&T Equipment**<br>**300 Frank W. Burr Boulevard**<br>**Teaneck, NJ 07666** | **Kenworth trucks with VIN#s ending:  6778, 6779,  6780,  6781,  5380 and 8779.** | **May, 2024** | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Barbosa, Manuel v. Tradewinds Construction, Inc., et als.**<br>**UNN-L-002513-24** | | **Superior Court of NJ, Union County**<br>**2 Broad Street**<br>**Elizabeth, NJ 07207** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **BCB Community Bank v. Lucas Construction Group, Inc., et als.**<br>**HUD-L-002364-24** | | **Superior Court of NJ, Hudson County**<br>**595 Newark Avenue**<br>**Jersey City, NJ 07306** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Cantor, Jeff v. Anthony Lucas, et als.**<br>**MON-L-002513-24** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Street**<br>**Freehold, NJ 07728** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Lucas Construction Group, Inc.**                                   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Amtrust Insurance Company, et als., v D&R Paving & Lucas Construction Group, Inc.**<br>**ESX-L-003839-22** | | **Superior Court of NJ, Essex County**<br>**470 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Cohen Seglias Pallas Greenhall & Furman, P.C. v. Lucas Construction Group, Inc.**<br>**MON-L-000174-24** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Core & Main, LP v. Lucas Construction Group, Inc.**<br>**MON-L-000337-22** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **James, Denise Ann, (Estate of), et als., v. Lucas Construction Group, Inc.**<br>**ATL-000991-23** | | **Superior Court of NJ, Atlantic County**<br>**1201 Bacharach Blvd.**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Encon Mechanical Corp. v. Lucas Construction Group**<br>**ESX-L-006602-19** | | **Superior Court of NJ, Essex County**<br>**470 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **F&S Tire Corp., Inc. v. Lionel Lucas, et als.**<br>**MON-L-002684-24** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Flagstar Financial & Leasing, LLC v. Lucas Construction Group, Inc., et al.**<br>**PAS-L-003063-24** | | **Superior Court of NJ, Passaic County**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **J&G Cruz Trucking, LLC v. Lucas Construction Group, Inc., et al.**<br>**HUD-L-002582-22** | | **Superior Court of NJ, Hudson County**<br>**595 Newark Avenue**<br>**Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Jesco, Inc. v. Lucas Construction Group, Inc.**<br>**MON-L-003039-23** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Khubani Enterprises, Inc. v. D&R Paving, LLC, et al.**<br>**ESX-L-002362-22** | | **Superior Court of NJ, Essex County**<br>**470 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **KMETZ, Inc. v. Lucas Construction Group, Inc., et als.**<br>**MON-L-000746-23** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Lucas Construction Group, Inc.**                                  Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15. | **Lucas Construction Group, Inc. v. Township of Weehawken and Shore Systems Group, Inc. v. Lucase Construction Group, et als.**<br>**HUD-L-003725-21** | | **Superior Court of NJ, Hudson County**<br>**595 Newark Avenue**<br>**Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **M&T Equipment Finance Corp. v. Lucas Construction Group, Inc., et al.**<br>**MON-L-003432-23** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Mata & Son, LLC v. Lucas Construction Group, Inc., et als.**<br>**MON-L-002455-24** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Starr Indemnity & Liability Company v. Lucas Construction Group, Inc.**<br>**MON-L-001139-24** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Stavola Asphalt Co., Inc., et al. v. Lucas Construction Group, Inc., et al.**<br>**MON-L-002060-24** | | **Superior Court of NJ, Monmouth County**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Stone Industries, Inc. v. Lucas Construction Group, Inc.**<br>**PAS-L-003220-19** | | **Superior Court of NJ, Passaic County**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Lucas Construction Group, Inc.**                                                 Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Flaster Greenberg, Attorneys at Law**<br>**1717 Arch Street**<br>**Suite 3300**<br>**Philadelphia, PA 19103** | | | **Unknown** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

| Debtor | **Lucas Construction Group, Inc.** | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|--|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|--|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
| 18.1. | **BCB Community Bank**<br>**626 Laurel Avenue**<br>**Holmdel, NJ 07733** | **XXXX-1526** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Lucas Construction Group, Inc.**                    Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Various** | **Sayreville and Woodbridge** | **Some pieces of equipment which are part of the equipment list attached to Schedule A/B are located on job sites in either Sayreville or Woodbridge.** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | **Lucas Construction Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Mango & Huber, LLC<br>11 Dundar Road<br>Suite 210<br>Springfield, NJ 07081-3513** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Lionel Lucas<br>18 Raven Road<br>Colts Neck, NJ 07722** | |
| 26c.2.    **Bauman, Amanda<br>153 Amboy Road<br>Morganville, NJ 07751** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Anthony Lucas** | **8 Twin Lakes Drive<br>Colts Neck, NJ 07722** | **President and Secretary** | **50%** |

Debtor   **Lucas Construction Group, Inc.**

Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lionel Lucas** | **18 Raven Road**<br>**Colts Neck, NJ 07722** | **Vice President and Treasurer** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **TO BE SUPPLIED** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Only where contributions were part of Union Dues.** | **EIN:** |

Debtor   **Lucas Construction Group, Inc.**                                Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2025** _____

**/s/ Anthony Lucas** _____                    **Anthony Lucas** _____
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   **Lucas Construction Group, Inc.**                                   Case No.
_____                            _____
                                          Debtor(s)          Chapter    **11**
                                                                        _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ........................................   $   _____

Prior to the filing of this statement I have received ...........................   $   _____

Balance Due ...........................................................................   $   _____

■   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ......   $         **30,000.00**

The undersigned shall bill against the retainer at an hourly rate of ...........   $            **575.00**
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☐  Debtor        ■  Other (specify):      **Lucas Development, LLC**

3.   The source of compensation to be paid to me is:

     ■  Debtor        ☐  Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re  **Lucas Construction Group, Inc.**                                      Case No. _____
                                      Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  7, 2025**                                      **/s/ Andrew J. Kelly**
*Date*                                                      **Andrew J. Kelly**
                                                      *Signature of Attorney*
                                                      **The Kelly Firm, P.C.**
                                                      **1011 Highway 71**
                                                      **Suite 200**
                                                      **Spring Lake, NJ 07762**
                                                      **732-449-0525  Fax: 732-449-0592**
                                                      **akelly@kbtlaw.com**
                                                      *Name of law firm*

## United States Bankruptcy Court
### District of New Jersey

In re   **Lucas Construction Group, Inc.**                                      Case No.

_____

Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Anthony Lucas**<br>**8 Twin Lakes Drive**<br>**Colts Neck, NJ 07722** | | | **50% Owner** |
| **Lionel Lucas**<br>**18 Raven Road**<br>**Colts Neck, NJ 07722** | | | **50% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  7, 2025**                                    Signature   **/s/ Anthony Lucas**

**Anthony Lucas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Lucas Construction Group, Inc.** _____    Case No. _____

                                                  Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **March  7, 2025** _____         **/s/ Anthony Lucas** _____

                                              **Anthony Lucas**/**President**
                                              Signer/Title

3 G Construction, Inc.
265 Woodward Road
Englishtown, NJ 07726


Accredited Surety & Casualty Co.
4798 New Broad Street
Suite 200
Orlando, FL 32814


AmTrust Insurance Co. et. als.**
c/o Kennedy CMK, LLP, Matthew Gluck, Esq
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920


Andrade, Davides
113 Oak Hill Avenue
Long Branch, NJ 07740


Archer & Greiner
1025 Laurel Oak Road
Voorhees, NJ 08043


ARCPoint Labs
1542 Kuser Road
Unit B-4
Hamilton, NJ 08619


Atlantic Kritch Crane Services
1608 Wyckoff Road
Farmingdale, NJ 07727


Bauman, Amanda
153 Amboy Road
Morganville, NJ 07751


BCB Community Bank
591-595 Avenue C
Bayonne, NJ 07002


Becker, Joseph
49 Edson Place
Haledon, NJ 07508

Bergys Construction
c/o James S. Taylor, Esq.
P.O. Box 285
1739 Delsea Dr., #1753
Franklinville, NJ 08322


Bergys Construction
58 Crow Pond Road
Pittsgrove, NJ 08318


Bondex Insurance Company
30A Vreeland Road
Suite 120
Florham Park, NJ 07932


Borough of Little Silver
480 Prospect Avenue
Little Silver, NJ 07739


Braverman & Lester
Attn: Jeffrey A. Lester, Esq.
374 Main Street
Hackensack, NJ 07601


Bryan D. Press, Esq.
P.O. Box 246
Fair Lawn, NJ 07410


Butch's Lube "N" Wash
170 Newman Spring Road
Red Bank, NJ 07701


Campbell Foundry Company
800 Bergen Street
Harrison, NJ 07029


Cantor, Jeff
c/o Eric H. Lubin, Esq.
Lomurro Munson, LLC
4 Paragon Way, Suite 100
Freehold, NJ 07728


Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Castronuova, Fred
912 Meadowlark Drive
Lanoka Harbor, NJ 08734


Catepillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203


Central Converter Corp.
832 Ridgewood Avenue
#3-2
North Brunswick, NJ 08902


Central Jersey Hot Mix Asphalt, LLC
577 Hope Chapel Road
Jackson, NJ 08527


Cleary Machinery Co., Inc.
24 Cedar Street
South Bound Brook, NJ 08880


Cohen Seglias Pallas Greenhall
1600 Market Street
32nd Floor
Philadelphia, PA 19103


Core & Main, LP
1830 Craig Park Court
Saint Louis, MO 63146


D&R Paving, LLC
5 Bowling Green Parkway
Lake Hopatcong, NJ 07849


Ditch Witch Financial Services
Bank of the West
1625 W. Fountainhead Parkway
Tempe, AZ 85282


Encon Mechanical Corp.
3433 Sunset Avenue
Ocean, NJ 07712

Estate of Denise James, et als.
c/o Patrick T. D'arcy, Esq.
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234


F&S Tire Corp., Inc.
58 Brunswick Avenue
Edison, NJ 08817


Fein, Such, Kahn & Shepard
7 Century Drive
#201
Parsippany, NJ 07054


First Citizens Bank & Trust Co.
10201 Centurion Parkway N.
Suite 100
Jacksonville, FL 32256


First Commerce Bank
105 River Avenue
Lakewood, NJ 08701


Flagstar Financial & Leasing, LLC
100 Duffy Avenue
Suite 402
Hicksville, NY 11801


Gary M. Perkiss, Esq.
One Greentree Center
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053


Gerber Ciano Kelly Brady LLP
228 Park Avenue South
Suite 97572
New York, NY 10003-1502


Great America Financial
625 First Street
Cedar Rapids, IA 52401

Green Note Capital Partners
1019 Avenue P
Suite 401
Brooklyn, NY 11223


Greenway Industries of NJ, LLC
89 Yellowbrook Road
Farmingdale, NJ 07727


Groff Tractor Mid-Atlantic
212 Monmouth Road
Freehold, NJ 07728


H & G L Fund Union 472
700 Raymond Boulevard
Newark, NJ 07105


H.C.S.S.
P.O. Box 734695
Dallas, TX 75373-4695


HDI Global Specialty **
c/ Robert Smolen, Esq.
Gaul & Assoc.
1650 Arch Street, Suite 1903
Philadelphia, PA 19103


Herc Rentals
27500 Riverview Center Boulevard
Suite 100
Bonita Springs, FL 34134


Highway Equipment
615 Route 33
Millstone Township, NJ 08535


Hilltop Environmental Solution
1585 McDaniel Drive
West Chester, PA 19380


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jasinski, P.C.
2 Hance Road
Tinton Falls, NJ 07724


JESCO, Inc.
c/o Sklar Law, LLC
20 Brace Road
Suite 205
Cherry Hill, NJ 08034


John Deere Construction & Forestry
6400 NW 86th Street
Johnston, IA 50131


Justin H. Scheier, Esq.
The Scheier Law Firm, LLC
1465 Post Road East, Suite 100
Westport, CT 06880


Kennedy Culvert & Supply
125 Sixth Avenue
Suite 100
Mount Laurel, NJ 08054-1899


Khubani Enterprises, Inc.
c/o Martin David Katz, Esq.
2 Daniel Road East
2nd Floor
Fairfield, NJ 07004


KMETZ, Inc.
449 Marlboro Road
Old Bridge, NJ 08857


Komatsu Financial Limited Partnership
8770 W. Bryn Mawr Avenue
Suite 100
Chicago, IL 60631


Kubota Credit Corporation USA
P.O. Box 2046
Grapevine, TX 76099

Laborers Local Union# 472 & 172
c/o Zazzali, Fagella, Nowak, Klienbaum
570 Broad Street
Suite 1402
Newark, NJ 07102


Land Pros Excavating, Inc.
155 Hurffville Road
Blackwood, NJ 08012


Leaf Capital Funding
2005 Market Street
Philadelphia, PA 19103


Lexington Insurance Co. **
c/o White & Williams, LLP
ATTN: Christopher Konzelmann, Esq.
457 Haddonfield Rd., Suite 400
Cherry Hill, NJ 08002-2220


Leyden Capotorto Ritacco Corrigan Sheehy
12 Madison Avenue
Toms River, NJ 08753


Lima Charlie Construction, Inc,
c/o Harry J. Giacometti, Esq.
Glaster Greenberg
1810 Chapel Avenue West
Cherry Hill, NJ 08002


Local 825 Engineers
65 Springfield Avenue
3rd Floor
Springfield, NJ 07081


Lomma Crane & Rigging
483rd Street
Kearny, NJ 07032


Lucas Development, LLC
209 Commercial Court
Morganville, NJ 07751


M&T Equipment
300 Frank W. Burr Boulevard
Teaneck, NJ 07666

M. Oliveria Trucking, Inc.
794 Parker Street
Newark, NJ 07104


Maltez, Christopher
23 Whitehead Avenue
South River, NJ 08882


Manuel Barbosa
c/o Jamison M. Mark, Esq.
675 Morris Avenue, Suite 300
Springfield, NJ 07081


Mata & Son, LLC
409 Stevens Avenue
South Amboy, NJ 08879


Mazza Recylcing Services, Ltd.
3230 Shafto Road
Tinton Falls, NJ 07753


McGrath Municipal Equipment
P.O. Box 422
Springfield, NJ 07081


Mendez, Juan
212 Clinton Avenue
Apt. #2
Lakewood, NJ 08701


Mr. John, Inc.
P.O. Box 130
Keasbey, NJ 08832


Napa Auto Parts
39 Mill Road
Matawan, NJ 07747


National Water Main Cleaning
1806 Newark-Jersey Turnpike
Kearny, NJ 07032


Nobel Equipment and Supply
1920 E. Edgar Road
Linden, NJ 07036

North Star Knights Trucking
10 Hance Road
Tinton Falls, NJ 07724


Northeast Carpenter's Fund Union 255
91 Fieldcrest Avenue, # 3rd
Edison, NJ 08837


Nugent, Jr., Brian
10 Angle Inn Trailer Court
Farmingdale, NJ 07727


Nugent, Sr., Brian
10 Angle Inn Trailer Court
Farmingdale, NJ 07727


NY City District Council of Carpenters
395 Hudston Street
9th Floor
New York, NY 10014


Oliveira, Manuel
30 Amherst Street
South River, NJ 08882


Palacios, Louis
215 Beck Avenue
Floor 2
South Bound Brook, NJ 08880


Patriot Shotcrete, LLC
8 Hope Street
Jersey City, NJ 07307


Peoples United
300 Frank W. Burr Boulevard
Suite 50
Teaneck, NJ 07666


Precision Analytical Services
2161 Whitesville Road
Toms River, NJ 08755

Rabinowitz, Lubetkin & Tully
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039


Rain for Rent, Inc.
7 Industrial Drive
Keyport, NJ 07735


Red Arrow Technologies
1 Meridian Road
Suite 8
Eatontown, NJ 07724


Robert Hornby, Esq.
Chiesa Shahinian & Giantomasi
105 Eisenhower Parkway
Roseland, NJ 07068


Romano, Garubo & Argentieri
52 Newton Avenue
P.O. Box 456
Hainesport, NJ 08036


Rudy's & Vito's VAS Co., Inc.
521 W. Hazelwood Avenue
Rahway, NJ 07065


Santas, Miguel
102 Lettau Drive
Spotswood, NJ 08884


Santos, Nelson
58 Baywood Boulevard
Brick, NJ 08723


Seaboard Fire and Safety Equipment
2112 Kings Highway
Ocean Township, NJ 07712


Separovich, Michael
107 Wilson Avenue
Port Monmouth, NJ 07758

Separovich, Richard
640 Campbell Avenue
Port Monmouth, NJ 07758


Signature Financial, LLC
225 Broadhollow Road
Melville, NY 11747


SITA
3100 Cumberland Boulevard
Suite 900
Atlanta, GA 30339


Starr Indemnity & Liability Company
399 Park Avenue
3rd Floor
New York, NY 10022


State of New Jersey, Div. of Taxation
Compliance &Enforcement/Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695-0267


Stavola Asphalt Company, Inc.
175 Drift Road
Eatontown, NJ 07724


Stavola Construction Materials, Inc.
175 Drift Road
Tinton Falls, NJ 07724


Stone Industries
400 Central Avenue,
#402
Haledon, NJ 07508


Stone Industries, Inc.
c/o Jeffer Hopkinson & Vogel
1600 Route 208 North
P.O. Box 507
Hawthorne, NJ 07507


Sunbelt Rentals
1325 NJ-34
Wall, NJ 07727

Support of Excavation
273 New Road
Parsippany, NJ 07054


T&T Auto Disel Repair
326 Lawrence Drive
Lanoka Harbor, NJ 08734


Tenna
2045 Lincoln Highway
Edison, NJ 08817


Trustees of the International Union of
Operating Engineers Local 825 Benefit
c/o Vipin P. Varshese
61 S. Paramus Road, Suite 250
Paramus, NJ 07652


Ulma Form Works, Inc.
16-00 NJ 208
Suite LL$
Fair Lawn, NJ 07410


Ventura, Jose
117 Monroe Street
Eatontown, NJ 07724


Wells Fargo Vendor Financial Services
P.O. Box 35701
Billings, MT 59107


White Cap
203 Mill Pond Road
Edison, NJ 08837


White, Joseph
18 Central Avenue
Highlands, NJ 07732


Wolf Law, PC
214 Broad Street
P.O. Box 8938
Red Bank, NJ 07701

```
Zimmerman, Eric
10 Joseph Drive
Lincroft, NJ 07738
```

# United States Bankruptcy Court
### District of New Jersey

In re   **Lucas Construction Group, Inc.** _____    Case No. _____

                                           Debtor(s)       Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lucas Construction Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  7, 2025** _____

Date

**/s/ Andrew J. Kelly** _____

**Andrew J. Kelly**

Signature of Attorney or Litigant

Counsel for   **Lucas Construction Group, Inc.** _____

**The Kelly Firm, P.C.**

**1011 Highway 71**
**Suite 200**
**Spring Lake, NJ 07762**
**732-449-0525 Fax:732-449-0592**
**akelly@kbtlaw.com**

## United States Bankruptcy Court
### District of New Jersey

In re    **Lucas Construction Group, Inc.** _____ Case No. _____

Debtor(s)                Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Lionel Lucas**, declare under penalty of perjury that I am the **Vice President** of **Lucas Construction Group, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 7th day of March, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anthony Lucas**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Anthony Lucas**, **Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Anthony Lucas**, **Vice President** of this Corporation is authorized and directed to employ **Andrew J. Kelly**, attorney and the law firm of **The Kelly Firm, P.C.** to represent the corporation in such bankruptcy case."

Date   **March 7, 2025** _____    Signed   **/s/ Anthony Lucas** _____

**Anthony Lucas**

Resolution of Board of Directors
of
**Lucas Construction Group, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anthony Lucas**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Anthony Lucas**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Anthony Lucas**, **President** of this Corporation is authorized and directed to employ **Andrew J. Kelly**, attorney and the law firm of **The Kelly Firm, P.C.** to represent the corporation in such bankruptcy case.

Date  **March  7, 2025**                    Signed  _____

Date  **March  7, 2025**                    Signed  _____