UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Stephen A. Schwimmer, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
akelly@kbtlaw.com
sschwimmer@kbtlaw.com
*Attorneys for Lucas Construction Group, Inc.*

---

In re:

Lucas Construction Group, Inc.

Debtor.

Chapter 11

Case No. 25-12404 (CMG)

Honorable Christine M. Gravelle, USBJ

Hearing Date: July 8, 2025, at 10:00 a.m.

### CERTIFICATION OF JOSHUA OLSHIN REGARDING AUCTION SALES

JOSHUA OLSHIN, of full age, hereby certifies as follows:

1. I am the managing partner for AuctionAdvisors (the "Auctioneer"). On April 8, 2025, AuctionAdvisors was appointed as Auctioneer for the Debtor Estate of Lucas Construction Group, Inc. (the "Debtor"). See ECF No. 44. As such, I am fully familiar with the facts submitted herein.

2. The sale of certain of the Debtor's assets is to be effectuated through four (4) separate auctions, two (2) of which have already been conducted with the remaining two (2) in progress. The details and statuses of each of the four (4) auctions are as follows:

3. On May 28, 2025, the first auction ("Auction #1") was held during which eight (8) pieces of the Debtor's equipment were offered. Upon completion of Auction #1, seven (7) of the eight (8) pieces offered were sold for a total of $203,700 net proceeds to the seller.

4. The following pieces of Debtor's equipment were sold during Auction #1 to the successful bidders at the addresses listed below:

   a. 2017 Wirtgen W200i

   Successful Bidder:

   Andrew Cerda

   Iracer Machinery

   8800 S. Cage Blvd.

   Pharr, Texas 78577

   b. 2017 Kobelco SK85CS Excavator

   Successful Bidder:

   John Trenton

   Purple Acres Equipment Inc.

   3800 US 151

   Marion, Iowa 52302

   c. 2016 HAMM HD 13 W Smooth Drum Tandem Roller

   Successful Bidder:

   Gary Sterling

   9801 60th St.

   Lexington, Oklahoma 73051

   d. 2003 Godwin Pumps CD225MV

   Successful Bidder:

   A.J. Cimino

   Old Forge Power Equipment Inc.

    5 Brookside Rd.

    Carbondale, Pennsylvania 18407

  e. 2003 Cimline Magma 110 Asphalt Heater

    <u>Successful Bidder:</u>

    Miguel Seixeiro

    S&G Paving

    224C Forsgate Dr.

    Jamesburg, New Jersey 08831

  f. 2004 CAT D3G Bulldozer

    <u>Successful Bidder:</u>

    Dylan Erwin

    Erc Unlimited

    1050 Lockbourne Eastern Rd.

    Ashville, Ohio 43103

  g. 2012 Weiler E2850.

    <u>Successful Bidder:</u>

    Don Martin

    Don Martin Corporation

    475 School St.

    Marshfield, Massachusetts 02050

Each of the successful bidders on the Debtor's equipment at Auction #1 are referred to from hereon collectively as (the "Auction #1 Successful Bidders").

5. On June 25, 2025, the second auction ("Auction #2") was held during which twelve (12) pieces of the Debtor's equipment were offered. Upon completion of Auction #2, twelve (12) of the twelve (12) pieces offered were sold for a total of $72,900 net proceeds to the seller.

6. The following pieces of Debtor's equipment were sold during Auction #2 to the successful bidders at the addresses listed below:

   a. 2012 Chevrolet Express 2500

   b. 2011 Toyota Tundra

   c. 2014 Ram 1500 Express

   d. 2015 Nissan NV2500

   Successful Bidder (items a-d):

   Gary Sommer

   G.E.S. Ent., Inc.

   51 Cardinal Dr.

   Toms River, NJ 08755

   e. 2012 Ford F-350 SD

   Successful Bidder:

   Donald Skott

   517 Groveside Rd.

   Buskrik, NY 12028

   f. 1998 Freightliner FL70

   Successful Bidder:

   Lige Smith

      1045 Cranes Ln

      Ranson WV, 25438

g. 1995 International 1652SC

      <u>Successful Bidder:</u>

      Hunter Hubbard

      Dice Mauyhems Trucking

      942 Deer Run Dr.

      Winchester, VA 22602

h. 2003 International Durastar 4300

      <u>Successful Bidder:</u>

      Robert Woodward

      RWRepair

      150 Dartmouth College Hwy

      Lyme, NH 03768

i. 2004 Freightliner Business Class M2 106

      <u>Successful Bidder:</u>

      July Byrne

      Byrne Equipment Sales

      2001 E HWY 40

      Craigh, CO 81625

j. 2008 Chevrolet Kodiak C5500

      <u>Successful Bidder:</u>

      Cheuk Lee

      504 Stanton Corner Rd

      Ferndale, NY 12734

  k.  2006 Wirtgen W2100

      <u>Successful Bidder[1]</u>:

      Buhsra Husain

      RSA Global Logistics LLC

      41 University Dr.

      Newtown, PA 18940

  l.  2001 Kenworth T800

      <u>Successful Bidder:</u>

      Jeff Wenzel

      Rick Wenzel Oil

      3 Lake Front St.

      Amherst, NH 03031

7. The third auction is scheduled to close on July 16, 2025 ("Auction #3"). Auction #3 includes the offering of thirteen (13) pieces of the Debtor's equipment including the following:

  a.  2004 International 4400SBA Durastar

  b.  1994 Stewart & Stevenson M1078LMTV

  c.  2007 Eager Beaver 50GSL-PT Low boy trailer

  d.  2011 Komatsu PC228 USLC-8

  e.  2010 Stanley MB70EXS

---

[1] This lot is "pending payment' as of the date of this filing.

    f. 2000 Ingersoll Rand 350P

    g. 2016 Hamm HD12VV

    h. 2017 Coneqtec HS-57 Manhole cutter

    i. 2018 Wirtgen 220I

    j. 2019 SEAARK 2017 DXS

    k. 2019 KOBELCO 55SRX-6E

    l. 2019 HUSQVARNA LP9505

    m. 2019 HUSQVARNA LP9505

1. The fourth auction is scheduled to close on August 13, 2025 ("Auction #4). As of the date of this filing, it is anticipated that the following fifteen (15) pieces of the Debtor's equipment will be offered at Auction #4:

    a. 2000 MACK RD688S

    b. 2004 CHEVROLET C4500 (crew cab)

    c. 2017 EAGER BEAVER 60GSL-PT Trailer Low Boy

    d. 2001 GRADALL 544D

    e. 2011 KOMATSU WA320-6

    f. 2011 KOMATSU PC450LC-8

    g. 2011 Vogele 5200-2

    h. 2007 Wirtgen W50DC

    i. 2004 Terex-Pegson Jaw Crusher Premier Trak

    j. 2007 Terex-Powerscreen Warrior 1400

    k. 2004 Caterpillar D25D

    l. 2004 Caterpillar D25D

    m. 2013 Caterpillar 336EHF

    n. 2020 KOMATSU WA320-8

    o. 2015 Volvo DD-70HF

*[Remainder of Page Intentionally Left Blank]*

I hereby certify that the foregoing statements made by me are true based upon information and belief. If any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2025

BY: /s/ Joshua Olshin
**Joshua Olshin**
**AuctionAdvisors, Managing Partner**